United States Magistrate Court
JAK-SDTX
FILED
OCT 11 2023 2A
Nathan Ochsner, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 22-cr-1509-S-2 |
| § | |
| SADIR ARVIZU VELAZQUEZ § | |

**NOTICE OF PLEA AGREEMENT**

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney, and would respectfully show the Court that the Government and the Defendant have entered into the following plea agreement:

1. Defendant agrees to:

    a. plead guilty to Count 2 of the Superseding Indictment;

    b. waive the right to appeal or "collaterally attack" the conviction and sentence after the judgment of conviction has become final, pursuant to Title 28, United States Code, Section 1291, Title 18, United States Code, Section 3742, and Title 28, United States Code, Section 2255, except that the Defendant does not waive those rights with respect to claims of ineffective assistance of counsel;

    c. make a judicial confession to the crime charged and sign a stipulation of factual statements all contained in a contemporaneously filed or previously filed "Stipulation of Fact";

    d. forfeit to the United States all interest in all firearms, items and ammunition previously seized, including, but not limited to:
    1) Taurus, G3, 9-millimeter pistol, Serial Number ADG45824;
    2) Taurus, G3, 9-millimeter pistol, Serial Number ACH192816;
    3) Taurus, G3, 9-millimeter pistol, Serial Number ADH624018;
    4) Taurus, G3, 9-millimeter pistol, Serial Number ADG465174;
    5) Taurus, G3, 9-millimeter pistol, Serial Number ADA837081;
    6) Taurus, G2C, 9-millimeter pistol, Serial Number ACM696063;
    7) Taurus, G2C, 9-millimeter pistol, Serial Number ADD190251;
    8) Taurus, G2C, 9-millimeter pistol, Serial Number ABY908857;
    9) Taurus, G2C, 9-mm Handgun, Serial Number ADD207715;
    10) Ruger, LCP, .380 Auto caliber pistol, Serial Number 379094299;

11) Ruger, LCP, .380 Auto caliber pistol, Serial Number 379091965;
12) Ruger, EC9s, 9-millimeter pistol, Serial Number 46210924;
13) Ruger, EC9s, 9-millimeter pistol, Serial Number 46228654;
14) SCCY, CPX-2, 9-millimeter pistol, Serial Number C184369;
15) SCCY, CPX-2, 9-millimeter pistol, Serial Number C267382;
16) SCCY, CPX-2, 9-millimeter pistol, Serial Number C439755;
17) SCCY, CPX-2, 9-millimeter pistol, Serial Number C443746;
18) SCCY, CPX-1, 9-millimeter pistol, Serial Number C199179;
19) Smith &Wesson, SD9VE, 9-millimeter pistol, Serial Number FDM9151;
20) Smith &Wesson, SD9VE, 9-millimeter pistol, Serial Number FDT2741;
21) Mossberg, MC2c, 9-millimeter pistol, Serial Number 000331MC;

and cooperate in all judicial, administrative, and civil forfeiture proceedings concerning all assets seized in connection with the case, including but not limited to the items listed above. Defendant agrees to waive any and all procedural notice requirements for forfeiture.

2. The Government:

a. will move to dismiss any remaining counts of the Superseding Indictment at the time of sentencing;

b. if the Court determines that Defendant qualifies for an adjustment under Section 3E1.1(a) of the United States Sentencing Guidelines, and the offense level prior to operation of Section 3E1.1(a) is 16 or greater, will move under Section 3E1.1(b) for an additional one-level reduction because Defendant timely notified authorities of his or her intent to plead guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources more efficiently.

If the Defendant is not a citizen of the United States of America, a plea of guilty may result in removal from the United States, denial of citizenship and denial of admission to the United States in the future. If the Defendant is a naturalized United States citizen, a plea of guilty may result in denaturalization.

This document states the complete and only Plea Agreement between the United States of America and the Defendant, and is binding only on the parties to this Agreement, and it supersedes all prior understandings, if any, whether written or oral, and cannot be modified other than in writing and signed by all parties or on the record in Court. No other promises or inducements have been or will be made to the Defendant in connection with this case, nor have any promises or threats been made in connection with this plea.

## ACKNOWLEDGMENTS:

I have read this agreement and carefully reviewed every part of it with my attorney. If I have difficulty understanding the English language, I have had a person fluent in the Spanish language interpret this agreement to me.

Date: Oct. 11, 2023      Defendant: _____

I am the Defendant's counsel. I have carefully reviewed every part of this agreement with the Defendant. I certify that this agreement has been translated to my client by a person fluent in the Spanish language if my client is unable to read or has difficulty understanding the English language.

Date: Oct. 11, 2023

_____
Adriana Arce-Flores
Counsel for Defense

For the United States of America:
ALAMDAR S. HAMDANI
United States Attorney

_____
Jose Homero Ramirez
Assistant United States Attorney